DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLORIDA SPINE AND REHABILITATION, LLC** a/a/o Mohammed Islam,
Appellant,

v.

**GEICO GENERAL INSURANCE COMPANY,**
Appellee.

No. 4D21-3230

[December 8, 2022]

Appeal of a non-final order from the County Court for the Seventeenth Judicial Circuit, Broward County; Florence Taylor Barner, Judge; L.T. Case No. COINX21-045448 (54).

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellant.

John P. Marino, Kristen L. Wenger, Drew Krieger and Salvatore T. Coppolino of Smith, Gambrell & Russell, LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN, and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***